**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| BROTHERHOOD ATHLETIC EDUCATION<br> ASSOC., INC., CLARENCE JOHNSON,<br>DeJUAIN BOYD, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | 1:06-CV-1389-SEB-JMS |
| BART PETERSON, individually and<br>in his official duties as Mayor, et. al., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**E N T R Y**

Certain claims were dismissed through the Entry of April 11, 2007, and the plaintiffs were given through April 26, 2007, in which to show cause why the remaining defendants should not be dismissed based on the plaintiffs' evident abandonment of the action. Because that time period has now passed and no response has been filed, the claims against the remaining defendants are now dismissed for failure to prosecute. All claims are now dismissed with prejudice. *See Fischer v. Cingular Wireless, LLC,* 446 F.3d 664 (7th Cir. 2006).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/09/2007 _____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana