UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| BROTHERHOOD ATHLETIC EDUCATION ASSOC., INC., CLARENCE JOHNSON, DeJUAIN BOYD, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:06-CV-1389-SEB-JMS |
| BART PETERSON, individually and in his official duties as Mayor, et. al., | ) ) ) ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 05/09/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Chadwick C. Duran
INDIANA STATE ATTORNEY GENERAL
cduran@atg.state.in.us

Brett P. Dvorak
OFFICE OF CORPORATION COUNSEL
bdvorak@indygov.org

Theodore J. Nowacki
BOSE MCKINNEY & EVANS, LLP
tnowacki@boselaw.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Carina M. de la Torre
BOSE MCKINNEY & EVANS, LLP
cdelatorre@boselaw.com

BROTHERHOOD ATHLETIC EDUCATION ASSOC., INC.
Clarence Johnson
1720 E. 38th St.
Indianapolis, IN 46218

CLARENCE JOHNSON
1720 East 38th St
Indianapolis, IN 46218

DEJUAIN BOYD
1720 East 38th Street
Indianapolis, IN 46218